## Commonwealth v. Palmer, Appellant.

Argued November 13, 1967. *Sylvan Libson*, for appellant; *Charles B. Watkins*, Assistant District Attorney, with him *Edwin J. Martin*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

## Commonwealth v. Parmenter, Appellant.

Argued November 13, 1967. *Vedder J. White*, Assistant Defender, with him *Dana Sherwood Jones*, Defender, for appellant; *James Dailey*, Assistant District Attorney, with him *William E. Pfadt*, Assistant District Attorney, and *Richard F. Brabender*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.